72,411-12

April. 1, 2015
Court of Criminal Appeals
Austin, TX

MOTION DENIED
DATE: 11-9-15
BY: P.C.

MOTION DENIED
DATE:
BY:

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 06 2015
Abel Acosta, Clerk

RE: Damon T. Wilson
Writ cause No. 28362-F

Dear Clerk,
Enclosed Please find an "Motion to Remand".

Please file this with the court Requesting the court to send back the conviction for findings of fact, and to determine if the failed to disclose favorable Evidence to Applicant.

Thank you for your service. Looking forward hearing from you. Yours Truly, Damon Wilson #1437943

Damon T. Wilson
vs.
3rd Judicial District
Court of Anderson
County, Texas

§ Court of Criminal
§ Appeals of Texas,
§ Austin, Texas
§
§
§

Writ Cause Number : 28362-f .

## Motion to Remand:

To the Honorable Judge of said court:

COMES NOW, Damon T. Wilson, Pro Se,
in the above-styled and writ
numbered cause of action and
files this Motion to Remand
regarding to the unresolved issue's
in Applicant's CONFINEMENT.
And Applicant would show the
following:

### I.

Applicant contend that he was
prosecuted for Aggravated Sexual
assault without being afforded
an examining trial, after filing
a Habeas Corpus Application
seeking relief from final conviction.

Page. 1

Applicant contends that trial court abused it's discretion by failing to submit an written finding, and written opinion to the Petition. Trial court's failure to take action for more than (20) days constituted a finding that there were no controverted, previously unresolved facts material to the legality of applicant's confinement. Tex. Code. Crim. Proc. Ann., art. 11.07 (2) (C). Applicant contends that all allegations in his Petition were material, and the record contained nothing to show how they were resolved, no written opinion, written finding or hearing. Applicant ask this Honorable Court, how could the 3rd Judicial District Court of Anderson County, TX determine that the facts was not controverted issue's, if the trial court will not conduct an findings of fact to the writ Application?

page. 2

Applicant contends the state suppression of witness Prior inconsistent statement was material in offense trial in which Applicant was accused of doing, had Prior inconsistent statement, which was a Questionnaire been disclosed to the defense, Jury result of proceeding might have been different. Applicant had demonstrated in his memorandum of Law with the exhibits as New Evidence, but the District Clerk of Anderson County Courthouse apparently did not file into Clerk's Record, to be presented to the State Attorney or Trial Court.

Applicant contend that he has another copy of the New Evidence to demonstrate Ground one in CAUSE NO. 28362-F. Applicant will submit to this Court only by an order from this court.

Page. 3

Applicant Request Respectfully that this Court would Remand the case back to the 3rd Judicial District Court, Judge Evans with Direction in Resolving the issue's in the case.

## PRAYER:

Applicant Prays that this court would grant this motion in Respect to Justice. Applicant Prays that an written order be granted for an findings of fact to the Petition, or Opinion to the Petition, giving an Reason for a Conclusion. Applicant Prays that this court would Notice that a written opinion or findings were Never Conducted to any writ Applications of Applicant.

Page. 4